UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **Kortek Industries Pty Ltd.** § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | CIVIL NO. 6:22-CV-489-ADA | |
| § | | |
| **Shenzhen Ecoflow Technology Limited,** § | | |
| **Defendant.** § | | |

## ORDER TO SHOW CAUSE

This case was filed on May 12, 2022. ECF No. 1. Plaintiff filed a motion for leave to effect alternate service on Defendant, which was mooted on August 3, 2023, after the summons was returned executed. No further filings have been made since the Court mooted that motion, other than to order that parties comply with the Court's updated Standing Order Governing Proceedings on January 23, 2024. Plaintiff has not moved for a default judgment or filed any further motions in the case.

The Plaintiff is hereby ORDERED to explain the lack of further action and why the Court should not dismiss this case for want of prosecution within one week. The Plaintiff is hereby notified that, in the absence of a reasonable explanation, the Court may *sua sponte* dismiss this case without prejudice.

**SIGNED** this 15th day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE