**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **Kortek Industries Pty Ltd**. | |
| Plaintiff, | Civil Action No. 6:22-cv-00489-ADA |
| v. | The Honorable Alan D. Albright |
| **Shenzhen Ecoflow Technology Limited,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby files this notice of dismissal of this action **without** prejudice, each party to bear its own costs and expenses. Defendant has not served either an answer or a motion for summary judgment.


Date: October 17, 2025

Respectfully submitted,

*/s/ Erick S. Robinson*

Erick S. Robinson
Texas Bar No. 24039142
**BROWN RUDNICK LLP**
609 Main Street, Suite 3550
Houston, TX 77002
Tel: (281) 815-0511
Fax: (281) 605-5699
erobinson@brownrudnick.com

***Attorneys for Kortek Industries Pty Ltd.***